IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOON AREA SCHOOL DISTRICT, a Public School District, in its own right, and as Successor in interest to, and Subrogee of RANDALL FERRARI, ) ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:07-cv-441 |
| vs. ) ) | |
| UNUM PROVIDENT and UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) ) | **ELECTRONICALLY FILED** |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 31st day of July, 2007, the Court having been advised that the parties have reached an amicable settlement, it is ordered that the case above captioned is dismissed, with prejudice.

_____
United States District Judge